UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
────────────────────────────────────X

CHUKWUMA E. AZUBUKO, *pro se*,

        Plaintiff,

  -against-

ADAM T. SANDOFSKY
and BANK OF AMERICA,

        Defendants.
────────────────────────────────────X

**SUMMARY ORDER**
08-CV-1676 (DLI) (LB)

CHUKWUMA E. AZUBUKO, *pro se*,

        Plaintiff,

  -against-

UNITED STATES SUPREME COURT and
WILLIAM K. SUTTER (THE CLERK)-
IN OFFICIAL CAPACITY,

        Defendants.
────────────────────────────────────X

**SUMMARY ORDER**
08-CV- 1677 (DLI) (LB)

**DORA L. IRIZARRY, U. S. District Judge:**

By Order dated May 5, 2008, the Court consolidated these two complaints, dismissed them as frivolous, and warned plaintiff against future frivolous filings. Judgment was entered in both actions on May 8, 2008. By Order dated September 30, 2008, the Court denied plaintiff's motions for reconsideration filed in both actions. On October 9, 2008, plaintiff submitted what is labeled "Plaintiff's Motion for Three-Judge Court" in both actions. Plaintiff's motions are improper and may not be considered by this Court as both actions are CLOSED. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this Order would not be taken in good faith and

1

therefore, *in forma pauperis* status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
November 18, 2008

/s/
DORA L. IRIZARRY
United States District Judge